

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ALEXANDER I. IJEMBA | CIVIL ACTION NO. 07-1091 |
| VS. | SECTION P<br>JUDGE DOHERTY |
| ATTORNEY GENERAL, ET AL. | MAGISTRATE JUDGE HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for writ of *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 3 day of October, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE